IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TERRELL BRACEY, #35906                                    PETITIONER

VERSUS                                    CIVIL ACTION NO.  3:06cv598TSL-JCS

WARDEN RAYMOND BYRD
and STATE OF MISSISSIPPI                                  RESPONDENTS

## ORDER

This matter is before the court on petitioner Terrell Bracey, #35906 request for habeas

corpus relief pursuant to 28 U.S.C. § 2254.  Upon review of the petition and response [5-1], it is,

hereby,

ORDERED that the Clerk add Warden Raymond Byrd as the proper respondent to this

habeas petition as provided for by the petitioner in his response/amended petition [ 5-1 ].

IT IS FURTHER ORDERED that the respondent, through Jim Hood, file an answer or

other responsive pleading in this cause within 20 days of the service upon the said Jim Hood of a

copy of this order.  Respondent shall file with his answer full and complete transcripts of all

proceedings in the state court of Mississippi arising from the charges of the sale of cocaine

against petitioner in the Circuit Court of Hinds County, Mississippi.

IT IS FURTHER ORDERED that the clerk of court shall serve, by certified mail, a copy of

the response/amended petition [5-1] filed herein and of this order upon Jim Hood, Attorney

General of the State of Mississippi.  The clerk of this court shall also serve a copy of this order

upon petitioner by mailing same to petitioner's last known address.

SO ORDERED, this the 17th day of November, 2006.

s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE