IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TERRELL BRACEY, #35906**                                              **PETITIONER**

**VS.**                                              **CIVIL ACTION 3:06cv598 TSL-JCS**

**WARDEN RAYMOND BYRD, et al.**                             **RESPONDENTS**

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge James C. Sumner Anderson entered in this cause on August 22, 2007, and the court, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 31st day of August, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE